JS-6

1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
7  Special Assistant United States Attorney
        Office of the General Counsel
8       Office of Program Litigation
9       Social Security Administration
10      6401 Security Boulevard
        Baltimore, MD 21235
11      Telephone: (510) 970-4861
12      Facsimile: (415) 744-0134
        Email: Jennifer.Tarn@ssa.gov
13 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JODI RAMIREZ, | ) Case No. 5:23-cv-00801-DMG-BFM |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

-1-

1  The Court having approved the parties' stipulation to remand this case
2  pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with
3  that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered
4  for Plaintiff.

6  DATED: 7/14/2023

   HONORABLE BRIANNA FULLER MIRCHEFF
   UNITED STATES MAGISTRATE JUDGE

-2-