UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE

JODI RAMIREZ,

    Plaintiff,

vs.

KILOLO KAJIKAZI,
Acting Commissioner of Social Security,

    Defendant.

Case No.:   5:23-CV-00801-DMG-BFM

**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of TWO THOUSAND TWO HUNDRED DOLLARS AND THIRTY CENTS ($2,209.30), are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   10/6/2023

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE